UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
.
JUDITH ADELA FERNANDEZ
MARTINEZ, ON BEHALF OF
HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

               Plaintiffs,

               v.

TORMENTER FISHING PRODUCTS
INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

No.: 1:25-cv-6030

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and without fees and costs against Defendant, TORMENTER FISHING PRODUCTS INC.

Dated:   New York, New York
          November 17, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Michael A. LaBollita</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge